UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY,<br><br>                                    Plaintiff,<br><br>                    -v.-<br><br>AGCS MARINE INSURANCE COMPANY,<br><br>                                    Defendant. | 20 Civ. 5321 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On July 21, 2020, the Court scheduled a pretrial conference in this action for October 14, 2020, at 11:00 a.m. (Dkt. #8). That conference will proceed as scheduled telephonically. Both counsel and defendants shall appear telephonically for the conference. The dial-in information is as follows: At 11:00 a.m. on October 14, 2020, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 11:00 a.m.

SO ORDERED.

Dated: October 13, 2020
       New York, New York

                                                    *Katherine Polk Failla*
                                          _____
                                          KATHERINE POLK FAILLA
                                          United States District Judge